Michael E. Hensley, Bar #010915
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1775
Fax: (602) 200-7832
mhensley@jshfirm.com

Attorneys for Defendant Peoria United School District

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| T. DOE, a minor, by and through J. DOE, her legal guardian,<br><br>Plaintiffs,<br><br>v.<br><br>THE PEORIA UNIFIED SCHOOL DISTRICT, a government entity; RICKY ORDWAY and JANE DOE ORDWAY, husband and wife; JANE DOES I-V; JOHN DOES I-V; ABC CORPORATIONS I-X; XYZ PARTNERSHIPS I-X,<br><br>Defendants. | No.<br><br>**NOTICE OF REMOVAL** |

Defendant Peoria Unified School District, by and through undersigned counsel, file this Notice of Removal of an Arizona State Court action against it to the United States District Court for the District of Arizona and states as follows:

This Court has original jurisdiction over the civil action pursuant to 28 U.S.C. § 1331. This action may be removed pursuant to 28 U.S.C. §1441(a) because Plaintiff has asserted a civil rights cause of action under 42 U.S.C. §1983 asserting a violation of the United States Constitution against Peoria Unified School District. This Court has jurisdiction over any additional state law claims under 28 U.S.C. § 1367 as the state law claims arise out of the same case or controversy.

On or about September 19, 2022, an action was commenced against Defendants in the Superior Court of the State of Arizona, in and for the County of

Maricopa, under the caption *T. Doe, a minor, by and through J. Doe, her legal guardian v. The Peoria Unified School District, a government entity; Ricky Ordway and Jane Doe Ordway; Jane Does I-V; John Does I-V; ABC Corporations I-X; XYZ Partnerships I-X*. On September 27, 2022, counsel for Defendant Peoria Unified School District executed an Acceptance of Service. *See* Exhibit A.

Defendant Peoria Unified School District is a political body of the State of Arizona with its principal place of business in Peoria, Arizona. Plaintiff T. Doe, by and through J. Doe, her legal guardian, are believed to be residents of State of Arizona. Plaintiffs claim personal injuries as a result of Defendant's alleged liability. *See* Exhibit B.

Written notice of the filing of this Notice of Removal will be given to all adverse parties as required by law and a true and correct copy of this Notice will be filed with the Clerk of the Superior Court of the State of Arizona, in and for the County of Maricopa. Copies of pleadings so far filed in the State Court action are attached hereto as Exhibit C. A Notice of Filing Notice of Removal with the Clerk of the Maricopa County Superior Court and a copy of the same is attached as Exhibit D.

DATED this 13th day of October, 2022.

JONES, SKELTON & HOCHULI, P.L.C.


By/s/ Michael E. Hensley
Michael E. Hensley
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Peoria United
School District

11020424.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of October, 2022, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/  Lisa Drapeau

11020424.1