# EXHIBIT A

Timothy G. Tonkin (#020709)
Nasser Abujbarah (#026182)
Timothy A. LeDuc (#037115)
**PHILLIPS LAW GROUP, P.C.**
3101 N. Central Avenue, Suite 1500
Phoenix, Arizona 85012
Tel:  (602) 258-8900
Fax: (602) 900-0106
Email: uberp@phillipslaw.com
Email: minute_entries@phillipslaw.com

*Attorneys for Plaintiffs*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| T. DOE, a minor, by and through J. DOE, her legal guardian**,**<br><br>                    Plaintiffs,<br><br>          vs.<br><br>THE PEORIA UNIFIED SCHOOL DISTRICT, a government entity; RICKY ORDWAY and JANE DOE ORDWAY, husband and wife; JANE DOES I-V; JOHN DOES I-V; ABC CORPORATIONS I-X; XYZ PARTNERSHIPS I-X,<br><br>                    Defendants. | Case No.: CV2022-012383<br><br>**ACCEPTANCE OF SERVICE** |

**TO:  Nasser Abujbarah, Esq., of Phillips Law Group, P.C.**

I acknowlege receipt of your request that I waive service of the Summons in the action above-named, case number CV2022-012383 in the Superior Court of the State of Arizona in and for the County of Maricopa. I have also received a copy of the Complaint in this action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of the Summons in this lawsuit by not requiring that I, Michael E. Hensley of Jones, Skelton & Hochuli, P.L.C., acting as attorney for the

Defendant Peoria Unified School District, be served with judicial process in the manner provided by the Arizona Rules of Civil Procedure.

Defendant Peoria Unified School District, on whose behalf I am acting, will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against the Defendant Peoria Unified School District if an answer or motion under Rule 12 is not served upon you within twenty (20) days after September 27, 2022.

**DATED** this 27th day of September, 2022

By:_____
            Michael E. Hensley, Esq.
            *Attorney for Defendant*

**ORIGINAL** of the foregoing e-filed
this 27th day of September, 2022, with:

Clerk of the Court
Maricopa County Superior Court

**COPY** of the foregoing emailed
this 27th day of September, 2022, with:

Michael E. Hensley
Jones, Skelton & Hochuli, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, AZ 85004
*Attorneys for Defendant PUSD*

By: */s/Hannah Dustin*

# EXHIBIT B

Clerk of the Superior Court
*** Electronically Filed ***
Y. Moralez, Deputy
9/19/2022 1:11:33 PM
Filing ID 14864812

Timothy G. Tonkin (#020709)
Nasser Abujbarah (#026182)
Timothy A. LeDuc (#037115)
**PHILLIPS LAW GROUP, P.C.**
3101 N. Central Avenue, Suite 1500
Phoenix, Arizona 85012
Tel:  (602) 258-8900
Fax: (602) 900-0106
Email: uberp@phillipslaw.com
Email: minute_entries@phillipslaw.com

*Attorneys for Plaintiffs*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| T. DOE, a minor, by and through J. DOE, her legal guardian**,** | Case No**.:** **CV2022-012383** |
| Plaintiffs, | **COMPLAINT** |
| vs. | (Tort – Non-Motor Vehicle) |
| THE PEORIA UNIFIED SCHOOL DISTRICT, a government entity; RICKY ORDWAY and JANE DOE ORDWAY, husband and wife; JANE DOES I-V; JOHN DOES I-V; ABC CORPORATIONS I-X; XYZ PARTNERSHIPS I-X, | |
| Defendants. | |

Plaintiffs, by and through counsel undersigned, for their Complaint against Defendants, and each of them, allege as follows:

1. Plaintiff T. Doe is the natural child of J. Doe who was and is Plaintiff's legal guardian and was at all times relevant hereto, a resident of Maricopa County, Arizona. Plaintiff T. Doe is now fourteen years old. Defendants are aware of Plaintiffs' true names which are being withheld because of a desire for privacy. Upon motion pursuant to Rule 17, Arizona Rules of Civil Procedure, by an appropriate party, further disclosure of the true names of Plaintiffs will be made as required by law.

2.     The claims set forth herein arise out of a sexual assault against Plaintiff T. Doe by an employee/agent of Defendant Peoria Unified School District.

3.     Defendant Peoria Unified School District (hereinafter "School District") is a political body of the State of Arizona.

4.     The acts and omissions set forth herein occurred in the State of Arizona.

5.     The amount in controversy exceeds the jurisdictional limits of this Court.

6.     That Defendants John Does I-X, Jane Does I-X, ABC Corporations I-X and XYZ Partnerships I-X, are fictitious names, representing the Defendants, whether singular or plural; masculine or feminine; corporate or individual; married or unmarried; whose true names and relationships to this case are unknown to Plaintiff at this time, and will be substituted later by amendment.

7.     At all times material hereto Ricky Ordway was an employee and/or agent of Defendant School District and at all time material hereto was acting within the course and scope of his employment/agency with Defendant School District.  Ricky Ordway was a computer science teacher for Defendant School District and worked at Sun Valley Elementary School where Plaintiff T. Doe is a student.

8.     While employed by Defendant and while on Defendant's property, Ricky Ordway exhibited sexual predator behavior that was obvious to other employees and supervisors.

9.     Employees/agents of Defendant observed Ricky Ordway "flirt" with students between the ages of 9 and 10, buy them expensive gifts, have them sit on his lap, and exhibit other behavior that no rational educator could deem as anything other than highly, grossly, inappropriate behavior.

10.     Despite being aware of Ricky Ordway's predatory behavior by Defendant employees and agents, as described in the previous paragraph, Defendant took no action

and this constitutes actual knowledge by Defendants of Ricky Ordway's predatory behavior and resulting sexual assaults of Plaintiff T. Doe.

11.     While employed by Defendant and while on Defendant's property, Ricky Ordway repeatedly sexually assaulted Plaintiff T. Doe.

12.     Upon information and belief, Plaintiff T. Doe, who was at the time an eleven year old girl, is one of approximately fifteen to twenty young girls who were molested and sexually assaulted by Peoria Unified School District teacher Ricky Ordway during the 2018-2019 school year. Defendant Ricky Ordway would repeatedly ask Plaintiff T. Doe to kiss him. Defendant also would call Plaintiff up to his desk and put his hand down her pants and touch her during class.

13.     Ordway had a seat right next to his desk at the front of the class at his desk. The desk was high enough that he could reach over without being seen by the class and touch the girls' thighs or private areas.  Or he would cup their breasts, in front of the whole class but due to the way the room was set up, none of the kids were able to see.

14.     Ordway has been indicted on multiple counts of sexual molestation, sexual assault, and attempted molestation.  All his victims were classmates of Plaintiff T. Doe, all the same age.

15.     Despite being aware of Ricky Ordway's sexual predator behavior, Defendants failed to take any action to supervise, investigate and stop Ricky Ordway's sexual predator behavior.

16.     Complaints regarding the predatory behavior of Ricky Ordway were ignored by Defendants.

17.     The repeated observations of Ricky Ordway's predatory behavior by Defendant employees and agents, as described in the previous paragraphs constitute actual knowledge by Defendant of Ricky Ordway's predatory behavior and resulting sexual assaults of Plaintiff T. Doe.

18.     While employed by Defendant and/or while on Defendant's' property, Ricky Ordway sexually assaulted Plaintiff T. Doe.

19.     Defendant School District failed to properly train and supervise its employees with respect to identifying and reporting sexual predatory behavior.

20.     Defendant School District had customs, practices and/or policies that failed to adequately guard students and children from sexual abuse and amounted to deliberate indifference.

21.     Defendant School District's deliberate indifference was a moving force behind Ricky Ordway's sexual assaults of Plaintiff T. Doe.

22.     The sexual assaults on Plaintiff T. Doe by Ricky Ordway would not have occurred had Defendant School District established customs, practices and/or policies that adequately guarded students and children from sexual abuse.

23.     Ricky Ordway's repeated sexual assault of Plaintiff T. Doe was a highly predictable consequence of Defendant School District failure to properly train and supervise its employees with respect to identifying and reporting sexual predatory behavior.

24.     Ricky Ordway's repeated sexual assault of Plaintiff was a highly predictable consequence of Defendant School District's customs, practices and/or policies that failed to adequately guard students and children from sexual abuse and amounted to deliberate indifference.

25.     Upon information and belief, the School District held a meeting with students to investigate the allegations but did nothing to reprimand Ordway and allowed him to continue teaching in the second half of the school year. They could have placed him on administrative suspension during the investigation. They knew of the allegations, did nothing, and during the second half of the school year he continued his assault on Plaintiff and other students.

## COUNT ONE

### (Negligence of Defendant School District)

26.     Plaintiff re-alleges and incorporates herein by reference all preceding paragraphs.

27.     Defendant had a duty to use reasonable care in the supervision and retention of Ricky Ordway.  Defendant failed to use reasonable care and were negligent in the supervision and retention of Ricky Ordway.

28.     Defendant had a duty to use reasonable care in the supervision and training of its employees to identify and report sexually predatory behavior and grooming. Defendant failed to use reasonable care and were negligent in the supervision and training of its employees to identify and report sexually predatory behavior and grooming.

29.     As a direct and proximate result of Defendant's negligence, Plaintiff T. Doe has suffered the damages set forth in paragraphs below.

## COUNT TWO

### (USCA § 1983 Civil Rights Violation by Defendant School District)

30.     Plaintiffs re-allege and incorporate herein by reference all preceding paragraphs.

31.     The United States Constitution protects a child's right to be free from sexual abuse by a school or city employee and Plaintiff T. Doe had a constitutionally protected right to be free from sexual abuse by Ricky Ordway.

32.     Ricky Ordway, while on property of Defendant School District and while in their employment, sexually abused Plaintiff T. Doe, thereby violating her constitutionally protected right to be free from sexual abuse.

33.     Defendant School District had customs, practices and/or policies that failed to adequately guard against violation of Plaintiff's constitutional rights to be free from

sexual abuse and amounted to deliberate indifference.  The Defendant was on notice that their omissions would likely result in a constitutional violation.

34.     Defendant School District's custom, practices and/or policies, and lack thereof, were a moving force behind Ricky Ordway's violation of Plaintiff's constitutionally protected right to be free from sexual abuse.

35.     As a direct and proximate cause of Defendant School District's violation of Plaintiff T. Doe's constitutional rights, negligence, Plaintiff T. Doe has suffered the damages set forth in paragraphs below.

## DAMAGES

36.     As a direct and proximate result of Defendant's negligence and/or violation of Plaintiff's constitutional rights, Plaintiff T. Doe has suffered serious and permanent injuries, and as a direct result of those injuries was required to incur medical expenses and may be forced to incur additional further medical expenses.

37.     As a direct and proximate result of Defendant's negligence and/or violation of Plaintiff T. Doe's constitutional rights, Plaintiff T. Doe has endured great pain, suffering, aggravation, inconvenience, and mental and emotional distress in her life and day-to-day activities, all of which will continue well into the future.

38.     As a direct and proximate result of Defendant's negligence and/or violation of Plaintiff T. Doe's constitutional rights, Plaintiff has suffered a loss of quality and enjoyment of life, all of which will continue well into the future.

**WHEREFORE**, Plaintiff T. Doe prays for judgment against Defendants for such a sum of money within the jurisdiction of the Court and for full and complete compensation, for general and special damages, for the losses that she has sustained in this matter, and for such other and further relief as the Court and jury deems just and proper in the premises.

## STATEMENT OF TIER VALUE

Consistent with the factors and characteristics identified in the lawsuit above, this matter is a non-motor vehicle tort, and pursuant to Rule 26.2(b) of the Arizona Rules of Civil Procedure, the damages sought in this case qualify it as a Tier 3 case.

## JURY DEMAND

Plaintiff requests a trial by jury.

**DATED** this 19th day of September, 2022.

PHILLIPS LAW GROUP, PC


By: */s/ Nasser Abujbarah, Esq.*
Timothy G. Tonkin, Esq.
Nasser Abujbarah, Esq.
Timothy A. LeDuc, Esq.
*Attorneys for Plaintiffs*

# EXHIBIT C

# In the Superior Court of the State of Arizona
# In and For the County of Maricopa

Clerk of the Superior Court
*** Electronically Filed ***
Y. Moralez, Deputy
9/19/2022 1:11:33 PM
Filing ID 14864813

**Plaintiff's Attorneys:**

Nasser Abujbarah - Primary Attorney
Bar Number: 026182, issuing State: AZ
Law Firm: Phillips Law Group
3101 North Central Avenue Suite 1500
Phoenix, AZ 85012
Telephone Number: (602)258-8900
Email address: uberp@phillipslaw.com

Timothy G. Tonkin
Bar Number: 020709, issuing State: AZ
Law Firm: Phillips Law Group
Telephone Number: (602)258-8900

CV2022-012383

**Plaintiff:**

J. DOE, a guardian for T. DOE, a minor
Minor's Date of Birth: 09/07/2007
3101 North Central Avenue Suite 1500
Phoenix, AZ 85012

**Defendants:**

THE PEORIA UNIFIED SCHOOL DISTRICT

RICKY ORDWAY

JANE DOE ORDWAY

JANE DOES I-V

JOHN DOES I-V

ABC CORPORATIONS I-X

XYZ PARTNERSHIPS I-X

Discovery Tier t3

AZTurboCourt.gov Form Set #7213847

Case Category: Tort Non-Motor Vehicle
Case Subcategory: Negligence

AZTurboCourt.gov Form Set #7213847

Clerk of the Superior Court
*** Electronically Filed ***
Y. Moralez, Deputy
9/19/2022 1:11:33 PM
Filing ID 14864820

Person/Attorney Filing: Nasser Abujbarah
Mailing Address: 3101 North Central Avenue Suite 1500
City, State, Zip Code: Phoenix, AZ 85012
Phone Number: (602)258-8900
E-Mail Address: uberp@phillipslaw.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 026182, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| J. DOE, a guardian for T. DOE, a minor<br>Plaintiff(s),<br>v.<br>THE PEORIA UNIFIED SCHOOL DISTRICT, et al.<br>Defendant(s). | Case No.  **CV2022-012383**<br><br>**SUMMONS** |

To: ABC CORPORATIONS I-X

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZturboCourt.gov Form Set #721384T

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *September 19, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *YVETTE MORALEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
Y. Moralez, Deputy
9/19/2022 1:11:33 PM
Filing ID 14864821

Person/Attorney Filing: Nasser Abujbarah
Mailing Address: 3101 North Central Avenue Suite 1500
City, State, Zip Code: Phoenix, AZ 85012
Phone Number: (602)258-8900
E-Mail Address: uberp@phillipslaw.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 026182, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| J. DOE, a guardian for T. DOE, a minor<br>Plaintiff(s),<br>v.<br>THE PEORIA UNIFIED SCHOOL DISTRICT, et al.<br>Defendant(s). | Case No. **CV2022-012383**<br><br>**SUMMONS** |

To: XYZ PARTNERSHIPS I-X

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZTurboCourt.gov Form Set #7213847

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *September 19, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *YVETTE MORALEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
Y. Moralez, Deputy
9/19/2022 1:11:33 PM
Filing ID 14864818

Person/Attorney Filing: Nasser Abujbarah
Mailing Address: 3101 North Central Avenue Suite 1500
City, State, Zip Code: Phoenix, AZ 85012
Phone Number: (602)258-8900
E-Mail Address: uberp@phillipslaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 026182, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| J. DOE, a guardian for T. DOE, a minor | |
| Plaintiff(s), | Case No.  **CV2022-012383** |
| v. | |
| THE PEORIA UNIFIED SCHOOL DISTRICT, et al. | **SUMMONS** |
| Defendant(s). | |

To: JANE DOES I-V

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *September 19, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *YVETTE MORALEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
Y. Moralez, Deputy
9/19/2022 1:11:33 PM
Filing ID 14864819

Person/Attorney Filing: Nasser Abujbarah
Mailing Address: 3101 North Central Avenue Suite 1500
City, State, Zip Code: Phoenix, AZ 85012
Phone Number: (602)258-8900
E-Mail Address: uberp@phillipslaw.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 026182, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| J. DOE, a guardian for T. DOE, a minor<br>Plaintiff(s),<br>v.<br>THE PEORIA UNIFIED SCHOOL DISTRICT, et al.<br>Defendant(s). | Case No.  **CV2022-012383**<br><br>**SUMMONS** |

To: JOHN DOES I-V

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZturboCourt.gov Form Set #7213847

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *September 19, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *YVETTE MORALEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #721384T

Clerk of the Superior Court
*** Electronically Filed ***
Y. Moralez, Deputy
9/19/2022 1:11:33 PM
Filing ID 14864817

Person/Attorney Filing: Nasser Abujbarah
Mailing Address: 3101 North Central Avenue Suite 1500
City, State, Zip Code: Phoenix, AZ 85012
Phone Number: (602)258-8900
E-Mail Address: uberp@phillipslaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 026182, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| J. DOE, a guardian for T. DOE, a minor<br>Plaintiff(s),<br>v.<br>THE PEORIA UNIFIED SCHOOL DISTRICT, et al.<br>Defendant(s). | Case No. **CV2022-012383**<br><br>**SUMMONS** |

To: JANE DOE ORDWAY

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZturboCourt.gov Form Set #7Z1384T

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *September 19, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *YVETTE MORALEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #721384T

Clerk of the Superior Court
*** Electronically Filed ***
Y. Moralez, Deputy
9/19/2022 1:11:33 PM
Filing ID 14864816

Person/Attorney Filing: Nasser Abujbarah
Mailing Address: 3101 North Central Avenue Suite 1500
City, State, Zip Code: Phoenix, AZ 85012
Phone Number: (602)258-8900
E-Mail Address: uberp@phillipslaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 026182, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| J. DOE, a guardian for T. DOE, a minor<br>Plaintiff(s),<br>v.<br>THE PEORIA UNIFIED SCHOOL DISTRICT, et al.<br>Defendant(s). | Case No. **CV2022-012383**<br><br>**SUMMONS** |

To: RICKY ORDWAY

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZturboCourt.gov Form Set #721384T

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *September 19, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *YVETTE MORALEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #721384T

Clerk of the Superior Court
*** Electronically Filed ***
Y. Moralez, Deputy
9/19/2022 1:11:33 PM
Filing ID 14864815

Person/Attorney Filing: Nasser Abujbarah
Mailing Address: 3101 North Central Avenue Suite 1500
City, State, Zip Code: Phoenix, AZ 85012
Phone Number: (602)258-8900
E-Mail Address: uberp@phillipslaw.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 026182, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

J. DOE, a guardian for T. DOE, a
minor
Plaintiff(s),

v.

THE PEORIA UNIFIED SCHOOL DISTRICT,
et al.

Defendant(s).

Case No.  **CV2022-012383**

**SUMMONS**

To: THE PEORIA UNIFIED SCHOOL DISTRICT

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZturboCourt.gov Form Set #7213847

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *September 19, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *YVETTE MORALEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
Y. Moralez, Deputy
9/19/2022 1:11:33 PM
Filing ID 14864814

Person/Attorney Filing: Nasser Abujbarah
Mailing Address: 3101 North Central Avenue Suite 1500
City, State, Zip Code: Phoenix, AZ 85012
Phone Number: (602)258-8900
E-Mail Address: uberp@phillipslaw.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 026182, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

J. DOE, a guardian for T. DOE, a
minor
Plaintiff(s),

v.

THE PEORIA UNIFIED SCHOOL DISTRICT,
et al.
Defendant(s).

Case No. **CV2022-012383**

**CERTIFICATE OF
COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Nasser Abujbarah /s/
Plaintiff/Attorney for Plaintiff

Clerk of the Superior Court
*** Electronically Filed ***
Y. Moralez, Deputy
9/19/2022 1:11:33 PM
Filing ID 14864812

Timothy G. Tonkin (#020709)
Nasser Abujbarah (#026182)
Timothy A. LeDuc (#037115)
**PHILLIPS LAW GROUP, P.C.**
3101 N. Central Avenue, Suite 1500
Phoenix, Arizona 85012
Tel:  (602) 258-8900
Fax: (602) 900-0106
Email: uberp@phillipslaw.com
Email: minute_entries@phillipslaw.com

*Attorneys for Plaintiffs*

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

### IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| T. DOE, a minor, by and through J. DOE, her legal guardian**,**<br><br>    Plaintiffs,<br><br>    vs.<br><br>THE PEORIA UNIFIED SCHOOL DISTRICT, a government entity; RICKY ORDWAY and JANE DOE ORDWAY, husband and wife; JANE DOES I-V; JOHN DOES I-V; ABC CORPORATIONS I-X; XYZ PARTNERSHIPS I-X,<br><br>    Defendants. | Case No.**:**<br>    **CV2022-012383**<br><br>**COMPLAINT**<br><br>(Tort – Non-Motor Vehicle) |

Plaintiffs, by and through counsel undersigned, for their Complaint against Defendants, and each of them, allege as follows:

1.      Plaintiff T. Doe is the natural child of J. Doe who was and is Plaintiff's legal guardian and was at all times relevant hereto, a resident of Maricopa County, Arizona.  Plaintiff T. Doe is now fourteen years old.  Defendants are aware of Plaintiffs' true names which are being withheld because of a desire for privacy.  Upon motion pursuant to Rule 17, Arizona Rules of Civil Procedure, by an appropriate party, further disclosure of the true names of Plaintiffs will be made as required by law.

2.      The claims set forth herein arise out of a sexual assault against Plaintiff T. Doe by an employee/agent of Defendant Peoria Unified School District.

3.      Defendant Peoria Unified School District (hereinafter "School District") is a political body of the State of Arizona.

4.      The acts and omissions set forth herein occurred in the State of Arizona.

5.      The amount in controversy exceeds the jurisdictional limits of this Court.

6.      That Defendants John Does I-X, Jane Does I-X, ABC Corporations I-X and XYZ Partnerships I-X, are fictitious names, representing the Defendants, whether singular or plural; masculine or feminine; corporate or individual; married or unmarried; whose true names and relationships to this case are unknown to Plaintiff at this time, and will be substituted later by amendment.

7.      At all times material hereto Ricky Ordway was an employee and/or agent of Defendant School District and at all time material hereto was acting within the course and scope of his employment/agency with Defendant School District.  Ricky Ordway was a computer science teacher for Defendant School District and worked at Sun Valley Elementary School where Plaintiff T. Doe is a student.

8.      While employed by Defendant and while on Defendant's property, Ricky Ordway exhibited sexual predator behavior that was obvious to other employees and supervisors.

9.      Employees/agents of Defendant observed Ricky Ordway "flirt" with students between the ages of 9 and 10, buy them expensive gifts, have them sit on his lap, and exhibit other behavior that no rational educator could deem as anything other than highly, grossly, inappropriate behavior.

10.      Despite being aware of Ricky Ordway's predatory behavior by Defendant employees and agents, as described in the previous paragraph, Defendant took no action

and this constitutes actual knowledge by Defendants of Ricky Ordway's predatory behavior and resulting sexual assaults of Plaintiff T. Doe.

11.     While employed by Defendant and while on Defendant's property, Ricky Ordway repeatedly sexually assaulted Plaintiff T. Doe.

12.     Upon information and belief, Plaintiff T. Doe, who was at the time an eleven year old girl, is one of approximately fifteen to twenty young girls who were molested and sexually assaulted by Peoria Unified School District teacher Ricky Ordway during the 2018-2019 school year. Defendant Ricky Ordway would repeatedly ask Plaintiff T. Doe to kiss him. Defendant also would call Plaintiff up to his desk and put his hand down her pants and touch her during class.

13.     Ordway had a seat right next to his desk at the front of the class at his desk. The desk was high enough that he could reach over without being seen by the class and touch the girls' thighs or private areas.  Or he would cup their breasts, in front of the whole class but due to the way the room was set up, none of the kids were able to see.

14.     Ordway has been indicted on multiple counts of sexual molestation, sexual assault, and attempted molestation.  All his victims were classmates of Plaintiff T. Doe, all the same age.

15.     Despite being aware of Ricky Ordway's sexual predator behavior, Defendants failed to take any action to supervise, investigate and stop Ricky Ordway's sexual predator behavior.

16.     Complaints regarding the predatory behavior of Ricky Ordway were ignored by Defendants.

17.     The repeated observations of Ricky Ordway's predatory behavior by Defendant employees and agents, as described in the previous paragraphs constitute actual knowledge by Defendant of Ricky Ordway's predatory behavior and resulting sexual assaults of Plaintiff T. Doe.

18.     While employed by Defendant and/or while on Defendant's' property, Ricky Ordway sexually assaulted Plaintiff T. Doe.

19.     Defendant School District failed to properly train and supervise its employees with respect to identifying and reporting sexual predatory behavior.

20.     Defendant School District had customs, practices and/or policies that failed to adequately guard students and children from sexual abuse and amounted to deliberate indifference.

21.     Defendant School District's deliberate indifference was a moving force behind Ricky Ordway's sexual assaults of Plaintiff T. Doe.

22.     The sexual assaults on Plaintiff T. Doe by Ricky Ordway would not have occurred had Defendant School District established customs, practices and/or policies that adequately guarded students and children from sexual abuse.

23.     Ricky Ordway's repeated sexual assault of Plaintiff T. Doe was a highly predictable consequence of Defendant School District failure to properly train and supervise its employees with respect to identifying and reporting sexual predatory behavior.

24.     Ricky Ordway's repeated sexual assault of Plaintiff was a highly predictable consequence of Defendant School District's customs, practices and/or policies that failed to adequately guard students and children from sexual abuse and amounted to deliberate indifference.

25.     Upon information and belief, the School District held a meeting with students to investigate the allegations but did nothing to reprimand Ordway and allowed him to continue teaching in the second half of the school year. They could have placed him on administrative suspension during the investigation. They knew of the allegations, did nothing, and during the second half of the school year he continued his assault on Plaintiff and other students.

## COUNT ONE

### (Negligence of Defendant School District)

26.     Plaintiff re-alleges and incorporates herein by reference all preceding paragraphs.

27.     Defendant had a duty to use reasonable care in the supervision and retention of Ricky Ordway.  Defendant failed to use reasonable care and were negligent in the supervision and retention of Ricky Ordway.

28.     Defendant had a duty to use reasonable care in the supervision and training of its employees to identify and report sexually predatory behavior and grooming. Defendant failed to use reasonable care and were negligent in the supervision and training of its employees to identify and report sexually predatory behavior and grooming.

29.     As a direct and proximate result of Defendant's negligence, Plaintiff T. Doe has suffered the damages set forth in paragraphs below.

## COUNT TWO

### (USCA § 1983 Civil Rights Violation by Defendant School District)

30.     Plaintiffs re-allege and incorporate herein by reference all preceding paragraphs.

31.     The United States Constitution protects a child's right to be free from sexual abuse by a school or city employee and Plaintiff T. Doe had a constitutionally protected right to be free from sexual abuse by Ricky Ordway.

32.     Ricky Ordway, while on property of Defendant School District and while in their employment, sexually abused Plaintiff T. Doe, thereby violating her constitutionally protected right to be free from sexual abuse.

33.     Defendant School District had customs, practices and/or policies that failed to adequately guard against violation of Plaintiff's constitutional rights to be free from

sexual abuse and amounted to deliberate indifference.  The Defendant was on notice that their omissions would likely result in a constitutional violation.

34.     Defendant School District's custom, practices and/or policies, and lack thereof, were a moving force behind Ricky Ordway's violation of Plaintiff's constitutionally protected right to be free from sexual abuse.

35.     As a direct and proximate cause of Defendant School District's violation of Plaintiff T. Doe's constitutional rights, negligence, Plaintiff T. Doe has suffered the damages set forth in paragraphs below.

## DAMAGES

36.     As a direct and proximate result of Defendant's negligence and/or violation of Plaintiff's constitutional rights, Plaintiff T. Doe has suffered serious and permanent injuries, and as a direct result of those injuries was required to incur medical expenses and may be forced to incur additional further medical expenses.

37.     As a direct and proximate result of Defendant's negligence and/or violation of Plaintiff T. Doe's constitutional rights, Plaintiff T. Doe has endured great pain, suffering, aggravation, inconvenience, and mental and emotional distress in her life and day-to-day activities, all of which will continue well into the future.

38.     As a direct and proximate result of Defendant's negligence and/or violation of Plaintiff T. Doe's constitutional rights, Plaintiff has suffered a loss of quality and enjoyment of life, all of which will continue well into the future.

**WHEREFORE**, Plaintiff T. Doe prays for judgment against Defendants for such a sum of money within the jurisdiction of the Court and for full and complete compensation, for general and special damages, for the losses that she has sustained in this matter, and for such other and further relief as the Court and jury deems just and proper in the premises.

1

2

## **STATEMENT OF TIER VALUE**

Consistent with the factors and characteristics identified in the lawsuit above, this matter is a non-motor vehicle tort, and pursuant to Rule 26.2(b) of the Arizona Rules of Civil Procedure, the damages sought in this case qualify it as a Tier 3 case.

## **JURY DEMAND**

Plaintiff requests a trial by jury.

**DATED** this 19th day of September, 2022.

PHILLIPS LAW GROUP, PC

By: */s/ Nasser Abujbarah, Esq.*
   Timothy G. Tonkin, Esq.
   Nasser Abujbarah, Esq.
   Timothy A. LeDuc, Esq.
   *Attorneys for Plaintiffs*

Timothy G. Tonkin (#020709)
Nasser Abujbarah (#026182)
Timothy A. LeDuc (#037115)
**PHILLIPS LAW GROUP, P.C.**
3101 N. Central Avenue, Suite 1500
Phoenix, Arizona 85012
Tel:  (602) 258-8900
Fax: (602) 900-0106
Email: uberp@phillipslaw.com
Email: minute_entries@phillipslaw.com

*Attorneys for Plaintiffs*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| T. DOE, a minor, by and through J. DOE, her legal guardian**,**<br><br>               Plaintiffs,<br><br>     vs.<br><br>THE PEORIA UNIFIED SCHOOL DISTRICT, a government entity; RICKY ORDWAY and JANE DOE ORDWAY, husband and wife; JANE DOES I-V; JOHN DOES I-V; ABC CORPORATIONS I-X; XYZ PARTNERSHIPS I-X,<br><br>               Defendants. | Case No.: CV2022-012383<br><br>**ACCEPTANCE OF SERVICE** |

**TO:  Nasser Abujbarah, Esq., of Phillips Law Group, P.C.**

I acknowlege receipt of your request that I waive service of the Summons in the action above-named, case number CV2022-012383 in the Superior Court of the State of Arizona in and for the County of Maricopa. I have also received a copy of the Complaint in this action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of the Summons in this lawsuit by not requiring that I, Michael E. Hensley of Jones, Skelton & Hochuli, P.L.C., acting as attorney for the

Defendant Peoria Unified School District, be served with judicial process in the manner provided by the Arizona Rules of Civil Procedure.

Defendant Peoria Unified School District, on whose behalf I am acting, will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against the Defendant Peoria Unified School District if an answer or motion under Rule 12 is not served upon you within twenty (20) days after September 27, 2022.

**DATED** this 27th day of September, 2022

By:_____
Michael E. Hensley, Esq.
*Attorney for Defendant*

**ORIGINAL** of the foregoing e-filed
this 27th day of September, 2022, with:

Clerk of the Court
Maricopa County Superior Court

**COPY** of the foregoing emailed
this 27th day of September, 2022, with:

Michael E. Hensley
Jones, Skelton & Hochuli, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, AZ 85004
*Attorneys for Defendant PUSD*

By: */s/Hannah Dustin*

# EXHIBIT D

1   Michael E. Hensley, Bar #010915
    JONES, SKELTON & HOCHULI P.L.C.
2   40 N. Central Avenue, Suite 2700
    Phoenix, Arizona 85004
3   Telephone:  (602) 263-1775
    Fax:  (602) 200-7832
4   mhensley@jshfirm.com
    minuteentries@jshfirm.com
5
    Attorneys for Defendant Peoria Unified School
6   District

7
                    **SUPERIOR COURT OF THE STATE OF ARIZONA**
8
                              **COUNTY OF MARICOPA**
9
10  T. DOE, a minor, by and through J. DOE, her      NO. CV2022-012383
    legal guardian,
11                                                   **NOTICE OF FILING NOTICE OF**
                                        Plaintiffs,  **REMOVAL TO UNITED STATES**
12                                                   **DISTRICT COURT, DISTRICT OF**
            v.                                       **ARIZONA**
13
    THE PEORIA UNIFIED SCHOOL                        (Assigned to the Honorable Jay Adleman)
14  DISTRICT, a government entity; RICKY
    ORDWAY and JANE DOE ORDWAY,
15  husband and wife; JANE DOES I-V; JOHN
    DOES I-V; ABC CORPORATIONS I-X; XYZ
16  PARTNERSHIPS I-X,

17                                      Defendants.

18
19          Defendant Peoria United School District, by its attorneys, Jones, Skelton & Hochuli,

20  pursuant to 28 U.S.C. § 1441, et seq., notifies this Court that they have filed a Notice of Removal

21  of this action to the United States District Court for the District of Arizona. A copy of the Notice

22  of Removal (exclusive of exhibits) is attached as Exhibit A.

23

24

25

11057670.1

1    DATED this 13th day of October, 2022.

2                        JONES, SKELTON & HOCHULI P.L.C.

3

4                        By/s/ Michael E. Hensley
                         Michael E. Hensley
5                        40 N. Central Avenue, Suite 2700
                         Phoenix, Arizona 85004
6                        Attorneys for Defendant Peoria Unified School
                         District
7

8    ORIGINAL of the foregoing electronically filed
9    this 13th day of October, 2022.

10   COPY of the foregoing mailed/e-mailed
     this 13th day of October, 2022, to:
11

12   Timothy G. Tonkin
     Nasser Abujbarah
13   Timothy A. LeDuc
     Phillips Law Group, P.C.
14   3101 North Central Ave., Suite 1500
     Phoenix, Arizona 85012
15   Attorneys for Plaintiffs

16   /s/ Lisa Drapeau
17

18

19

20

21

22

23

24

25

26

                                    2

11057670.1